HENRY CONNER

v.

SILVANUS BLACKMEER

1811

### Journal Entries

1. Rule to declare; continuance . . . . . . . *Journal, infra,* \*p. 392

### Papers in File

1. Precipe for capias . . . . . . . . . . . *Printed in Vol. 2*

FRANÇOIS DESNOYERS

v.

GABRIEL GODFROY

1811

### Journal Entries

1. Rule to declare; continuance . . . . . . *Journal, infra,* \*p. 392
2. Declaration filed; rule to plead . . . . . . . . " 405

### Papers in File

1. Precipe for capias . . . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . . *Printed in Vol. 2*